AO 442 (Rev. 01/09) Arrest Warrant

11342342

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

GARRETT BRAGG

)
)
)  Case No.
)
)
)

*Defendant*

U.S. MARSHAL-DC
RECEIVED OCT 13 '23 AM 8:30

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  **GARRETT BRAGG**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 844(i) - (Malicious Use of Explosive Materials)

Date: 10/12/2023

City and state:  Washington, DC

2023.10.12
15:04:09
-04'00'

*Issuing officer's signature*

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/31/24, and the person was arrested on *(date)* 1/31/24
at *(city and state)* Washington, DC

Date: 1/31/24

*Arresting officer's signature*

Michael Brennan  DUSM
*Printed name and title*